# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Bennett, Thomas B. | U.S. Bkr. Ct. for N.D. Ala. | 05/14/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Bankruptcy Judge | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2014<br>to<br>12/31/2014 |

**7. Chambers or Office Address**

1800 5th Avenue North
Robert Vance Federal Building
Birmingham, Alabama 35203

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Trust |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | 01/08/2014 | Trust--Trustee Fee (Gross sum w/o deduction for expenses) | $12,000.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Alabama State Bar | 6/05-6/07/14 | Destin, FL. | CLE Program | Partial transportation, lodging, meals. |
| 2. | George Mason University School of Law--Law & Economics Center | 02/06-02/09/14 | Duck Key, FL | CLE Program | Partial transportation, lodging, meals |
| 3. | American College of Bankruptcy | 3/14-3/16/14 | Washington, DC | CLE Program and Professional Association Activity | Partial transportation, lodging, meals |
| 4. | Southwest Region Turnaround Management Assn. | 04/09-04/11/14 | Austin, TX | CLE Program and Professional Association Activity | Partial transportation, lodging, meals |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Bennett, Thomas B. | 05/14/2015 |

| | | | | |
|---|---|---|---|---|
| 5. | Widener University School of Law | 04/13-04/14/14 | Harrisburg, PA | CLE Program | Partial transportation, lodging, meals |
| 6. | George Mason University School of Law--Law & Economics Center | 04/27-04/29/14 | Charleston, SC | CLE Program | Partial transportation, lodging, meals |
| 7. | American College of Bankruptcy | 05/07-05/09/14 | New Orleans, LA | CLE Program | Partial transportation, lodging, meals |
| 8. | National Conference of Bankruptcy Judges | 06/30-07/01/14 | Washington, DC | Professional Association Activity | Partial transportation, lodging, meals |
| 9. | National Conference of State Legislatures | 08/19-08/21/14 | Minneapolis, MN | CLE Program | Partial transportation, lodging, meals |
| 10. | Hudson Valley Bankruptcy Bar Association | 09/10-09/12/14 | Hyde Park, NY | CLE Program | Partial transportation, lodging, meals |
| 11. | American College of Bond Counsel | 09/16-09/17/14 | Chicago, IL | CLE Program | Partial transportation, lodging, meals |
| 12. | Campbell University School of Law | 10/16-10/18/14 | Raleigh, NC | CLE Program | Partial transportation, lodging, meals |
| 13. | Georgetown University Law School & American Bankruptcy Institute | 10/23-10/24/14 | Washington, DC | CLE Program | Partial transportation, lodging, meals |
| 14. | Mid-South Commercial Law Institute | 12/03-12/05/14 | Nashville, TN | CLE Program | Partial transportation, lodging, meals |
| 15. | Mississippi Bankruptcy Conference, Inc. | 12/10-12/12/14 | Jackson, MS | CLE Program | Partial transportation, lodging, meals |

| Name of Person Reporting | Date of Report |
|---|---|
| Bennett, Thomas B. | 05/14/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bennett, Thomas B. | 05/14/2015 |

## VII. INVESTMENTS and TRUSTS  — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Regions Bank - deposit account | | None | J | T | | | | | |
| 2. Citizens Bank - deposit account | | None | J | T | | | | | |
| 3. United Bank - deposit account | | None | J | T | | | | | |
| 4. BB & T - deposit account | | None | J | T | | | | | |
| 5. Wells Fargo - deposit account | | None | J | T | | | | | |
| 6. IRA: | | | | | | | | | |
| 7. HilliardLyons Money Market | A | Dividend | L | T | Buy/Sell | Vari. | N | | See Note 1 Part VIII |
| 8. Cullen Frost Bankers Inc. Non Cum. pfd.-A, 5.375% | C | Dividend | K | T | | | | | |
| 9. Calumet Specialty Products Partners LP | A | Dividend | | | Sold | 05/22/14 | K | A | |
| 10. CBL & Assoc. Prop. Inc.-common | A | Dividend | K | T | Buy | 05/29/14 | K | | |
| 11. JPMorgan Chase & Co., pfd-E, 6.3% | A | Dividend | K | T | Buy | 07/28/14 | K | | |
| 12. Mannkind Corp., common | A | Dividend | K | T | Buy | 08/28/14 | K | | |
| 13. | | | | | Sold | 09/10/14 | J | | |
| 14. Santander Bank, NA, CD, 0.30%, 01/08/15 | A | Interest | M | T | Buy | 09/29/14 | M | | |
| 15. Santander Bank, NA, CD, 0.40%, 04/08/15 | A | Interest | M | T | Buy | 09/29/14 | M | | |
| 16. Bank of China N.Y., CD, 0.45%, 04/16/15 | A | Interest | K | T | Buy | 10/08/14 | K | | |
| 17. Mizuho Bank USA, CD, 0.30%, 01/15/15 | A | Interest | K | T | Buy | 10/08/14 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bennett, Thomas B. | 05/14/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Trust: | | | | | | | | | |
| 19. Neuberger & Berman Focus Fund-mutual fund | A | Dividend | J | T | | | | | |
| 20. HilliardLyons, Inc. Govt. Fund-money market | B | Dividend | K | T | Buy/Sell | Vari. | O | | See Note 2 Part VIII |
| 21. | | | | | Distributed (part) | 04/08/14 | J | | Distbn. to Beneficiary |
| 22. | | | | | Distributed (part) | 07/07/14 | J | | Distbn. to Beneficiary |
| 23. | | | | | Distributed (part) | 10/06/14 | J | | Distbn. to Beneficiary |
| 24. | | | | | Distributed (part) | 12/30/14 | K | | Distbn. to Beneficiary |
| 25. | | | | | Distributed (part) | 01/08/14 | J | | Distbn. to Trustee |
| 26. Mineral Interest Hart #2 & Denmark #1, Marion County, WV | A | Royalty | J | T | | | | | |
| 27. Mineral Interest Hawker Wells, Marion Cty, WV | B | Royalty | J | T | | | | | |
| 28. Mineral Interest Speedway Play, Roane Cty., WV | | None | J | T | | | | | |
| 29. Lease O & G 58.54 acres, Harrison Cty, WV--PetroEdge Energy | | None | J | T | | | | | |
| 30. Lease O & G 97.75 acres, Mannington Dist., WV--EQT Prod. | A | Royalty | J | T | | | | | |
| 31. Morgan Stanley Med. Term Note, 4.2%, 04/26/13 | C | Interest | | | Redeemed | 11/20/14 | L | | |
| 32. Dow Chemical Co., internotes, 3.3%, 09/15/15 | B | Interest | L | T | | | | | |
| 33. Gen. Elec. Cap. Corp, Internotes, 3.2%, Due 02/15/21 | B | Interest | L | T | | | | | |
| 34. Gen. Elec. Cap. Corp. Internotes, 4.0%, Due 02/15/23 | B | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bennett, Thomas B. | 05/14/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Goldman Sachs Group Inc., Med. Term Note, 3.5%, due 02/15/16 | B | Interest | L | T | | | | | |
| 36. Cullen Frost Bankers Inc, pfd-A, 5.375% | B | Interest | K | T | | | | | |
| 37. Prudential Financial Inc., pfd Jr. Sub. Note, 5.7% | B | Dividend | K | T | | | | | |
| 38. Gen. Elec. Cap. Corp. Internotes, 4.0%, 2/24/32 | A | Interest | | | Redeemed | 08/25/14 | K | | |
| 39. Goldman Sachs Group Inc. Medium Term Note, 3.250%, 03/20/29 | B | Interest | K | T | | | | | |
| 40. Amer. Express Centurion Bank, CD, 1.1%, 07/18/15 | B | Interest | M | T | | | | | |
| 41. Bank of China, CD, .350%, 01/17/14 | A | Interest | | | Redeemed | 01/17/14 | L | | |
| 42. Bank of China, CD, 0.5%, 07/17/14 | A | Interest | | | Redeemed | 07/17/14 | K | | |
| 43. Calument Specialty Products Partners LP. | A | Dividend | | | Sold | 05/22/14 | K | | |
| 44. Ally Bank, CD, 0.85%, 10/01/15 | B | Interest | M | T | | | | | |
| 45. Bank of India, CD, 0.5%, 09/30/14 | A | Interest | | | Redeemed | 09/30/14 | L | | |
| 46. Bankof India, CD, 0.45%, 04/02/14 | A | Interest | | | Redeemed | 04/02/14 | L | | |
| 47. Bank of Baroda--DC, 0.3%, 06/26/15 | A | Interest | | | Buy | 01/24/14 | L | | |
| 48. | | | | | Redeemed | 08/04/14 | K | | |
| 49. First Niagra Bank--CD | A | Interest | | | Buy | 01/08/14 | L | | |
| 50. | | | | | Redeemed | 07/17/14 | K | | |
| 51. CBL & Assoc. Prop. Inc.--common | A | Dividend | K | T | Buy | 07/17/14 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bennett, Thomas B. | 05/14/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. BB&T, pfd. E, 5.65% | A | Dividend | K | T | Buy | 08/26/14 | K | | |
| 53. JPMorgan Chase & Co., pfd. E, 6.3% | A | Dividend | K | T | Buy | 07/17/14 | K | | |
| 54. Bank of India, CD, 0.40%, 03/18/15 | A | Interest | M | T | Buy | 10/02/14 | M | | |
| 55. Santander Bank, NA, CD, 0.40%, 04/01/15 | A | Interest | K | T | Buy | 09/23/14 | K | | |
| 56. Bank of Baroda, CD, 0.5%, 06/25/15 | A | Interest | K | T | Buy | 09/23/14 | K | | |
| 57. State Bank of India, CD, 2.05, 12/05/18 | A | Interest | M | T | Buy | 11/21/14 | M | | |
| 58. Dow Chemical Co., Internotes, 2.1%, 03/15/19 | A | Interest | K | T | Buy | 03/16/14 | K | | |
| 59. Dow Chemical Co., Internotes, 2.3%, 09/15/19 | A | Interest | L | T | Buy | 08/26/14 | L | | |
| 60. G.E. Cap8ital Bank, Inc., CD, 2.2%, 04/27/20 | A | Interest | L | T | Buy | 04/21/14 | L | | |
| 61. G.E. Capital Bank, Inc., CD, 3.1%, 04/25/23 | A | Interest | L | T | Buy | 04/21/14 | L | | |
| 62. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bennett, Thomas B. | 05/14/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Note 1 to Part VII, Investments and Trusts: This is a money market account with respect to which there were various deposits and withdrawals. The money market fund investments are not under the control of the owner(s) and/or beneficiary(ies). Also, all deposits and withdrawals are reflected on lines 8 through 17 of Part VII and were composed of dividends, interest, sales proceeds, redemption proceeds, call proceeds, purchases, and distributions to Judge as described on the referenced lines of Part VII.

Note 2 to Part VII, Investments and Trusts. This is a money market account with respect to which there were various deposits and withdrawals. The money market fund investments are not under the control of the owner(s) and/or beneficiary(ies). Also, all deposits and withdrawals are reflected on lines19 and 21 through 61 of Part VII and line 1 of Part III A and were composed of dividends, interest, sale proceeds, redemption proceeds, call proceeds, purchases and distributions to the income beneficiary as described on lines 21 through 24 and lines 19 and 26 through 61 of Part VII along with the Trustee payment referenced on line 1 of Part III A and on line 25 of Part VII..

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Thomas B. Bennett**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544